IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20125
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY WAYNE BELL,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-193-1
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Anthony Wayne Bell appeals his guilty-plea conviction for
being a felon in possession of a firearm possessed in and
affecting interstate commerce, in violation of 18 U.S.C.
§§ 922(g)(1) and 924(a)(2). He contends that the factual basis
was insufficient to support the interstate commerce element of an
18 U.S.C. § 922(g)(1) offense and that this court should
reconsider its jurisprudence regarding the constitutionality of

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

18 U.S.C. § 922(g)(1) in the light of <u>Jones v. United States</u>, 529 U.S. 848 (2000), and <u>United States v. Morrison</u>, 529 U.S. 598 (2000).

"This court has repeatedly emphasized that the constitutionality of § 922(g)(1) is not open to question." <u>See</u> <u>United States v. De Leon</u>, 170 F.3d 494, 499 (5th Cir.), <u>cert. denied</u>, 528 U.S. 863 (1999); <u>United States v. Daugherty</u>, 264 F.3d 513, 518 (5th Cir. 2001). The judgment of the district court is AFFIRMED.